```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    ALAN HERNANDEZ
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,   )  No. 2:09-cr-0484 MCE
                                )
14              Plaintiff,      )  **CORRECTED** STIPULATION AND ORDER
                                )  CONTINUING CASE
15       v.                     )
                                )
16  ALAN HERNANDEZ,             )  Date:  January 14, 2010
                                )  Time:  9:00 a.m.
17              Defendant.      )  Judge: Hon. Morrison C. England, Jr.
                                )
18  _____ )

19
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's January 14, 2010, calendar, and that the matter be recalendared for February 18, 2010, at 9:00 a.m., for status conference.  This request is made by the defense in order to permit review of discovery which was received in counsel's office while he was away on Christmas leave, related defense preparation, and consultation with Mr. Hernandez on how to proceed in this case.

**IT IS FURTHER STIPULATED** that time be excluded between the filing of a flawed predecessor stipulation on January 12, 2010, and February 18, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.

Dated:   January 14, 2010         /s/ Paul Hemesath
                                  Paul Hemesath
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Dated:   January 14, 2010         /s/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  ALAN HERNANDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                    2