DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALAN HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-0484 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | CASE |
| v. ) | |
| ) | |
| ALAN HERNANDEZ, ) | Date: February 18, 2010 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's February 18, 2010, calendar, and that the matter be recalendared for March 18, 2010, at 9:00 a.m., for status conference.  This request is made by the defense in order to permit time for continued preparation, including investigation which is currently in progress, and consultation with Mr. Hernandez on how to proceed in this case.

1 **IT IS FURTHER STIPULATED** that time be excluded between February 18, 2010, and March 18, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.

Dated:  February 17, 2010      /s/ Paul Hemesath
                                Paul Hemesath
                                Assistant United States Attorney
                                Counsel for Plaintiff

Dated:  February 17, 2010      /s/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                ALAN HERNANDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 19, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2