```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    ALAN HERNANDEZ
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )   No. 2:09-cr-0484 MCE
                                 )
14             Plaintiff,        )   STIPULATION AND ORDER CONTINUING
                                 )   CASE
15       v.                      )
                                 )
16  ALAN HERNANDEZ,              )   Date:  March 18, 2010
                                 )   Time:  9:00 a.m.
17             Defendant.        )   Judge: Hon. Morrison C. England, Jr.
                                 )
18  _____)

19
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's March 18, 2010, calendar, and that the matter be recalendared for April 29, 2010, at 9:00 a.m., for status conference. This request is made by the defense in order to permit time for continued preparation, including investigation which is still currently in progress, and consultation with Mr. Hernandez on how to proceed in this case.

**IT IS FURTHER STIPULATED** that time be excluded between March 18, 2010, and April 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.

Dated: March 16, 2010     /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: March 16, 2010     /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
ALAN HERNANDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2