```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California  95814
 4  Telephone: (916) 554-2932
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  NO.  2:09-CR-484 MCE
                                  )
12                 Plaintiff,     )  STIPULATION AND ORDER
                                  )
13            v.                  )  Date: May 27, 2010
                                  )  Time: 9:00 a.m.
14  ALAN MICHAEL HERNANDEZ,       )  The Hon. Morrison C. England
                                  )
15                 Defendant.     )
    _____)
16
17
```

18      **IT IS HEREBY STIPULATED** by and between Assistant United
19 States Attorney Paul Hemesath, counsel for Plaintiff, and
20 Assistant Federal Defender Jeffrey L. Staniels, counsel for
21 Defendant that the above case be dropped from this Court's May
22 27, 2010, calendar, and that the matter be re-calendared for June
23 10, 2010, at 9:00 a.m., for status conference.  This request is
24 made jointly by the government and defense in order to permit
25 time for continued preparation, including investigation which is
26 currently in progress and plea negotiations.
27      **IT IS FURTHER STIPULATED** that time be excluded between May
28 27, 2010, and June 10, 2010, pursuant to 18 U.S.C. §

1

3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.


Dated: May 25, 2010          /s/ Paul Hemesath
                             Paul Hemesath
                             Assistant United States Attorney
                             Counsel for Plaintiff


Dated: May 25, 2010          /s/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             ALAN HERNANDEZ


**O R D E R**

**IT IS SO ORDERED.**

Dated: May 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2