1 | BENJAMIN B. WAGNER
United States Attorney
2 | PAUL A. HEMESATH
MICHAEL M. BECKWITH
3 | Assistant U.S. Attorney
501 I Street, 10th Floor
4 | Sacramento, California   95814
Telephone: (916) 554-2932
5 |

6 |

7 |

8 |            IN THE UNITED STATES DISTRICT COURT FOR THE

9 |                 EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,      ) NO.  2:09-CR-00484 MCE
                                  )
12 |              Plaintiff,        ) STIPULATION AS TO BRIEFING
                                  ) SCHEDULE AND ORDER
13 |           v.                  )
                                  )Date: December 9, 2010
14 | ALAN MICHAEL HERNANDEZ,       )Time: 9:00 a.m.
                                  )Judge: Hon. Morrison C. England
15 |           Defendant.          )
     _____)
16 |

17 |      **It is hereby stipulated** and agreed upon by the defendant,

18 | ALAN MICHAEL HERNANDEZ, his attorney, and the attorneys for the

19 | United States, that the briefing schedule for the pending Motion

20 | for Acquittal, filed on October 11, 2010, shall be as follows:

21 | any amendments or addenda to defendant's Motion shall be filed by

22 | November 11, 2010; the government's response shall be filed by

23 | November 25, 2010; defendant's reply shall be filed by

24 | December 2, 2010.

25 | Dated: October 28, 2010        PAUL A. HEMESATH
                                    Paul A. Hemesath
26 |                                 Assistant United States Attorney
                                    Counsel for Plaintiff
27 |

28 | ///

1

1   Dated: October 28, 2010          JEFFERY L. STANIELS
                                     Jeffrey L. Staniels
2                                    Assistant Federal Defender
                                     Counsel for Defendant
3                                    ALAN MICHAEL HERNANDEZ

4

5

6                          **O R D E R**

7

8        **IT IS SO ORDERED.**

9

10   Dated: November 2, 2010

11

12   _____
                                     MORRISON C. ENGLAND, JR.
13                                   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2