```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    MICHAEL M. BECKWITH
 3  Assistant U.S. Attorney
    501 I Street, 10th Floor
 4  Sacramento, California  95814
    Telephone: (916) 554-2932
 5
 6
 7
 8
             IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) NO.  2:09-CR-484 MCE
                                 )
12              Plaintiff,       ) STIPULATION AS TO BRIEFING
                                 ) SCHEDULE AND ORDER
13         v.                    )
                                 )Date: December 9, 2010
14  ALAN MICHAEL HERNANDEZ,      )Time: 9:00 a.m.
                                 )Judge: Hon. Morrison C. England
15              Defendant.       )
    _____)
16
17       **It is hereby stipulated** and agreed upon by the defendant,
18  ALAN MICHAEL HERNANDEZ, his attorney, and the attorneys for the
19  United States, that: (1) the briefing schedule for the pending
20  Motion for New Trial shall be vacated, and (2) the parties confer
21  with the Court at a Status Conference on December 9, 2010, at
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

9:00 a.m., to set a new briefing schedule and hearing date.

Dated: November 23, 2010        /s/ PAUL A. HEMESATH
                                Paul A. Hemesath
                                Assistant United States Attorney
                                Counsel for Plaintiff


Dated: November 23, 2010        /s/ JEFFERY L. STANIELS
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                ALAN MICHAEL HERNANDEZ


**O R D E R**

**IT IS SO ORDERED.**

Dated: November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2