```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    MICHAEL M. BECKWITH
 3  Assistant U.S. Attorney
    501 I Street, 10th Floor
 4  Sacramento, California  95814
    Telephone: (916) 554-2932
 5
 6
 7
 8
 9
10            IN THE UNITED STATES DISTRICT COURT FOR THE
11                    EASTERN DISTRICT OF CALIFORNIA
12
13  UNITED STATES OF AMERICA,   ) NO.  2:09-CR-00484-MCE
                                )
14              Plaintiff,      ) STIPULATION AS TO BRIEFING
                                ) SCHEDULE AND ORDER
15         v.                   )
                                )Date: February 10, 2011
16  ALAN MICHAEL HERNANDEZ,     )Time: 9:00 a.m.
                                )Judge: Hon. Morrison C. England
17              Defendant.      )
    _____)
18
```

19   **It is hereby stipulated** and agreed upon by the defendant,
20 ALAN MICHAEL HERNANDEZ, his attorney, and the attorneys for the
21 United States, that the government's response date for the
22 pending motion be continued from January 27, 2011 to January 31,
23 2011.
24 ///
25 ///
26 ///
27 ///
28 ///

1

Dated: January 27, 2010         /s/ PAUL A. HEMESATH
                                Paul A. Hemesath
                                Assistant United States Attorney
                                Counsel for Plaintiff

Dated: January 27, 2010         /s/ JEFFERY L. STANIELS
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                ALAN MICHAEL HERNANDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE