DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALAN HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00484 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | CASE |
| v. ) | |
| ) | |
| ALAN HERNANDEZ, ) | Date:  February 10, 2011 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's February 10, 2011, calendar, and that the matter be recalendared for March 17, 2011, at 9:00 a.m., for status conference and/or hearing on motion for new trial.  This request is made by the defense in order to permit time for receipt of subpoenaed information essential to support a request for a new trial.

///

Counsel learned only this week that a subpoena to a division of the California Department of Corrections and Rehabilitation had been misrouted and never received by the office which has now advised me that it is the appropriate recipient of the subpoena.

**IT IS FURTHER STIPULATED** that the Speedy Trial Act does not apply to this post-trial application.

Dated: February 9, 2011         /s/ Paul Hemesath
                                Paul Hemesath
                                Assistant United States Attorney
                                Counsel for Plaintiff

Dated: February 9, 2011         /s/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                ALAN HERNANDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 11, 2011

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                 2