```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    ALAN HERNANDEZ
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:09-cr-00484-MCE
                                   )
14              Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                   )  CASE
15       v.                        )
                                   )
16  ALAN HERNANDEZ,                )  Date:  March 17, 2011
                                   )  Time:  9:00 a.m.
17              Defendant.         )  Judge: Hon. Morrison C. England, Jr.
                                   )
18  _____  )

19
```

20      **IT IS HEREBY STIPULATED** by and between Assistant United States
21 Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal
22 Defender Jeffrey L. Staniels, counsel for Defendant that the above case
23 be dropped from this court's March 17, 2011, calendar, and that the
24 matter be recalendared for April 28, 2011, at 9:00 a.m., for status
25 conference and/or hearing on motion for new trial.  This request is
26 made by the defense in order to permit time for receipt of subpoenaed
27 information essential to support a request for a new trial.
28 ///

Counsel learned that a subpoena to a division of the California Department of Corrections and Rehabilitation had been misrouted and never received by the office which has now advised me that it is the appropriate recipient of the subpoena.

**IT IS FURTHER STIPULATED** that the Speedy Trial Act does not apply to this post-trial application.

Dated:  March 15, 2011        /s/ Paul Hemesath
                              Paul Hemesath
                              Assistant United States Attorney
                              Counsel for Plaintiff


Dated:  March 15, 2011        /s/ Jeffrey L. Staniels
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Defendant
                              ALAN HERNANDEZ

**O R D E R**

Pursuant to the stipulation of the parties, the March 17, 2011 Sentencing Hearing and Motion for Judgment of Acquittal or Motion for New Trial are vacated and continued to April 28, 2011.

**IT IS SO ORDERED.**

Dated: March 23, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3