1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2
    JEFFREY L. STANIELS, Bar #91413
3   Assistant Federal Defender
    Designated Counsel for Service
4   801 I Street, 3rd Floor
    Sacramento, California 95814
5   Telephone: (916) 498-5700

6   Attorney for Defendant
    ALAN HERNANDEZ
7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  No. 2:09-cr-00484 MCE
                                     )
14              Plaintiff,           )  STIPULATION AND ORDER CONTINUING
                                     )  CASE AND SETTING BRIEFING SCHEDULE
15      v.                           )
                                     )  Date:  May 5, 2011
16  ALAN HERNANDEZ,                  )  Time:  9:00 a.m.
                                     )  Judge: Hon. Morrison C. England, Jr.
17              Defendant.           )
                                     )
18  _____ )

19
        **IT IS HEREBY STIPULATED** by and between Assistant United States
20
    Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal
21
    Defender Jeffrey L. Staniels, counsel for Defendant that the above case
22
    be dropped from this court's May 5, 2011, calendar, and that the matter
23
    be recalendared for July 14, 2011, at 9:00 a.m., for argument and
24
    possible hearing setting and that the following briefing schedule be
25
    adopted:
26
    ///
27
    ///
28

| | | |
|---|---|---|
| 1 | Defense Post Trial Motion(s) and Supporting Documents | **June 2, 2011** |
| 2 | Government's Opposition | **June 23, 2011** |
| 3 | Defense Reply | **June 30, 2011** |
| 4 | Argument / Hearing Setting | **July 14, 2011** |

5    **IT IS FURTHER STIPULATED** that the Speedy Trial Act does not apply

6    to this post-trial application.

7

8    Dated:  May 3, 2011          /s/ Paul Hemesath
                                   Paul Hemesath
9                                  Assistant United States Attorney
                                   Counsel for Plaintiff
10

11
     Dated:  May 3, 2011           /s/ Jeffrey L. Staniels
12                                 Jeffrey L. Staniels
                                   Assistant Federal Defender
13                                 Counsel for Defendant
                                   ALAN HERNANDEZ
14

15

16                        **O R D E R**

17
     **IT IS SO ORDERED.**
18

19    Dated: May 4, 2011

20

21                                 _____
                                   MORRISON C. ENGLAND, JR.
22                                 UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28