**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                                 RE:    HERNANDEZ, Alan
                                           Docket Number:  2:09CR00484
                                           **REQUEST TO SET STATUS HEARING
                                           RE: JUDGMENT AND SENTENCING**
                                           Current Sentencing Date:  06/23/2011

Your Honor:

On September 27, 2010, Hernandez was found guilty by jury trial to a single-count Superseding Indictment, a violation of 18 USC 922(g)(1) - Possession of Ammunition by a Felon, the matter was referred for a Presentence Investigation Report with judgment and sentencing set for December 9, 2010. The matter was assigned to this officer.

As the Court is aware, on October 11, 2010, the defendant filed a Motion for Judgment of Acquittal or For a New Trial. The defendant, through his counsel, Assistant Federal Defender Jeffrey L. Staniels, declined to participate in the presentence investigation process pending the outcome of the motions. On November 2, 2010, the government filed a Stipulation as to Briefing Schedule and Order, with hearing on the motions set for December 9, 2010, which was ordered by the Court. At that time, the hearing on the motions was continued with a new briefing schedule, and the Court ordered a revised Schedule of Disclosure with judgment and sentencing set for March 24, 2011 (as requested by this office). Since that time, the hearing on the motions and judgment and sentencing has been continued multiple times by Stipulation and Order, or Memo.

Pursuant to the most recent Stipulation and Order filed on May 4, 2011, as the motions remain unresolved, a revised schedule for briefing, etc., was set, pending hearing on July 14, 2011, making the current judgment and sentencing hearing, and related disclosure schedule, moot. Further, the defendant's counsel affirmed the judgment and sentencing date (and disclosure schedule) need to be reset. However, he committed to provide some preliminary presentence investigation materials regarding Hernandez (has yet to do so), but his client would not be interviewed until the Court ruled on the pending motions.

With these facts in mind, it is respectfully recommended that the Court order the judgment and sentencing date of June 23, 2011, (and the Schedule of Disclosure) be vacated. Further, it is recommended that the Court order a Status Hearing re: Judgment and Sentencing for July 14, 2011, to trail the hearing on the pending motions.

Respectfully submitted,


**THOMAS H. BROWN**
**Senior United States Probation Officer**

Dated:   May 20, 2011
         Sacramento, California
         THB:thb


**REVIEWED BY:** _____
                **JEFFREY C. OESTREICHER**
                **Supervising United States Probation Officer**

Attachment(s)

cc:   Paul A. Hemesath
      Assistant United States Attorney

      Jeffrey L. Staniels
      Defense Counsel


AGREE: ___XX_____        DISAGREE: _____

Dated: May 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE