DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALAN HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00484-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | CASE |
| v. ) | |
| ) | Date:  July 14, 2011 |
| ALAN HERNANDEZ, ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the above case be dropped from this court's July 14, 2011, calendar, that the current post-trial motion briefing schedule be vacated, and that the matter be recalendared for August 11, 2011, at 9:00 a.m., for status conference.

///

///

1    Counsel are still engaged in discussions intended to result in an
2 agreement to withdraw the post-trial motion in favor of certain
3 sentence related stipulations which are under active consideration.
4    **IT IS FURTHER STIPULATED** that the Speedy Trial Act does not apply
5 to this post-trial application.

Dated: July 12, 2011          /s/ Paul Hemesath
                              Paul Hemesath
                              Assistant United States Attorney
                              Counsel for Plaintiff

Dated: July 12, 2011          /s/ Jeffrey L. Staniels
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Defendant
                              ALAN HERNANDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: July 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                 2