```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALAN HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　) <br>　　　　　　Plaintiff, ) <br>　　　　　　　　　　　　　　) <br>　v. 　　　　　　　　　　　) <br>　　　　　　　　　　　　　　) <br>ALAN HERNANDEZ, 　　　　　 ) <br>　　　　　　　　　　　　　　) <br>　　　　　　Defendant. ) <br>　　　　　　　　　　　　　　) <br>_____ ) | No. 2:09-cr-00484 MCE<br><br>STIPULATION AND ORDER CONTINUING CASE<br><br>Date:　August 11, 2011<br>Time:　9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the above case be dropped from this court's August 11, 2011, calendar, that the current post-trial motion briefing schedule be vacated, and that the matter be recalendared for October 6, 2011, at 9:00 a.m., for status conference.

///

///

1    Counsel are still engaged in discussions intended to result in an
2 agreement to withdraw the post-trial motion in favor of certain
3 sentence related stipulations which are under active consideration.
4 Discussions center on a recent Supreme Court case, a newly announced
5 Department of Justice Policy responding to the case, and the continuing
6 validity of pre-existing Ninth Circuit precedent.  If an agreement can
7 be reached certain benefits redound to Mr. Hernandez, and a potentially
8 time-consuming involved hearing and certain appeal issues may be
9 averted.

10   **IT IS FURTHER STIPULATED** that the Speedy Trial Act does not apply
11 to this post-trial application.

13 Dated:  August 9, 2011        /s/ Paul Hemesath
                                 Paul Hemesath
14                               Assistant United States Attorney
                                 Counsel for Plaintiff

16
17 Dated:  August 9, 2011        /s/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
18                               Counsel for Defendant
                                 ALAN HERNANDEZ

21                            **O R D E R**

23   **IT IS SO ORDERED.**

24  Dated: August 10, 2011

                                 _____
26                               MORRISON C. ENGLAND, JR.
27                               UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                    2