```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ALAN HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-0484 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION WITH RESPECT TO |
| | ) | DEFENDANT'S MOTION FOR NEW TRIAL AND |
| v. | ) | WITH RESPECT TO SENTENCING AND ORDER. |
| | ) | |
| ALAN HERNANDEZ, | ) | Date:  October 13, 2011 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, Defendant Alan Hernandez, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant as follows:

1.  Following and based on discussions between counsel, it is agreed that the available evidence on the issue whether the serial number on the charged weapon was "obliterated," as that term is used in U.S.S.G. § 2K2.1(b)(4)(B), is ambiguous and does not reliably support a finding that the offense characteristic applies in this case.

2.  Following substantial discussion between counsel, the parties are unable to agree whether Mr. Hernandez' prior conviction for

violating California Vehicle Code 2800.2 constitutes a crime of violence so as to call for an adjustment to guideline 2K2.1, which applies in this case.

    3. In order to limit the scope of further litigation while also promoting a fair resolution of this matter, Mr. Hernandez, through his counsel, agrees

    a) to withdraw the pending motion for new trial and to waive his right to appeal or collaterally attack the conviction in the above case so long as the guideline range applied in this case effectuates the understanding set forth in paragraph 1, and;

    b) notwithstanding paragraph 3.a, above, Mr. Hernandez reserves the right to appeal only the determination that the prior conviction referred to in paragraph 2, above, constitutes a crime of violence, if the sentence thereafter imposed exceeds 87 months.

**IT IS FURTHER STIPULATED** that the Speedy Trial Act does not apply to this post-trial application.

Dated: September 21, 2011  /s/ Paul Hemesath  
Paul Hemesath  
Assistant United States Attorney  
Counsel for Plaintiff

Dated: September 21, 2011  /s/ Jeffrey L. Staniels  
Jeffrey L. Staniels  
Assistant Federal Defender  
Counsel for Defendant  
ALAN HERNANDEZ

Dated: September 21, 2011  /S/ Alan Hernandez  
Alan Hernandez  
Defendant

Stipulation & Order      2

**O R D E R**

The above stipulation of counsel is accepted.  Counsel for Mr. Hernandez is directed to file a separate proposed order withdrawing the Motion for New Trial within 24 hours of the filing of this order.

**IT IS SO ORDERED.**

Dated: October 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE