UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | **RE:** **Alan Michael Hernandez**<br>Docket Number:  2:09CR00484-01<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Alan Michael Hernandez is requesting permission to travel to Ensenada, Mexico for a vacation with his family.  Mr. Hernandez is current with all supervision obligations, and the probation officer recommends approval be granted.  Mr. Hernandez recently completed certification as an automotive mechanic at Modesto Technical College.

**Conviction and Sentencing Date:**  On January 5, 2012, Alan Michael Hernandez was sentenced for the offense of 18 USC 924(g) – Possession of Ammunition by a Felon.

**Sentence Imposed:**  70 months custody Bureau of Prisons, 3 years Supervised Release; $100 special assessment

**Dates and Mode of Travel:**  February 27, 2017 through March 3, 2017, by car to Long Beach, California; then by ship to Ensenada, Mexico.

**Purpose:**  Vacation

1

RE: **Alan Michael Hernandez**
   **Docket Number: 2:09CR00484-01**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Wendy E. Reyes*

Wendy E. Reyes
United States Probation Officer

Dated: February 22, 2017
Elk Grove, California
WER/sda

*/s/ Brenda Barron-Harrell*

**REVIEWED BY:** **Brenda Barron Harrell**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved   ☐   Disapproved

Dated: February 22, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE